IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY TAYLOR REBUCK, | |
| Plaintiff, | **4:26CV3092** |
| vs. | |
| | **ORDER** |
| FRANK J. BISIGNANO, | |
| Defendant. | |

Plaintiff has submitted a motion to proceed in forma pauperis. (Filing No. 2.) After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted.  The Clerk of Court shall file the Complaint and accompanying pleadings without the prepayment of costs or fees.

Dated this 19th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge